**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-02363-REB-CBS

ANTHONY BARNES,

      Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter is before me on the **Stipulation For Dismissal With Prejudice**

[#18][1] filed December 15, 2011.  After reviewing the stipulation and the file, I conclude

that the stipulation should be approved and that this action should be dismissed with

prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal With Prejudice** [#18] filed December 15,

2011, is **APPROVED**;

      2.  That the Trial Preparation Conference set for September 28, 2012, is

**VACATED**;

      3.  That the jury trial set to commence October 15, 2012, is **VACATED**; and

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated December 16, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge